

ORDERED in the Southern District of Florida on April 7, 2023.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

```
                  UNITED STATES BANKRUPTCY COURT
                   SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
_____
                                   )
In re:                             )    CASE NO. 21-21964-RAM
                                   )    CHAPTER  7
ILAN DORON,                        )
                                   )
          Debtor.                  )
_____)
                                   )
FAZOULA MANAGEMENT LLC et al.,     )
                                   )
          Plaintiffs,              )
                                   )
vs.                                )    ADV. PROC. NO. 23-01072-RAM
                                   )
ILAN DORON,                        )
                                   )
          Defendant.               )
_____)
```

## ORDER ABATING ADVERSARY PROCEEDING

Based upon the pending Complaint Objecting to Debtor's

1

Discharge in Adv. Proc. No. 23-1073-RAM (the "727 Proceeding"), it is –

**ORDERED** as follows:

1. This adversary proceeding is abated pending the resolution of the 727 Proceeding.

2. If the Debtor's discharge is denied in the 727 Proceeding, this proceeding will be dismissed as moot. If the 727 Proceeding is settled without a denial of discharge or if the Debtor prevails in the 727 Proceeding, the Plaintiffs, Fazoula Management LLC, Daniel Friedman and Martin Friedman, shall file a motion in this adversary proceeding to lift the abatement.

###

COPIES TO:

Mitchell W. Mandler, Esq.

Nathan G. Mancuso, Esq.
Mancuso Law, P.A.
Boca Raton Corporate Centre
7777 Glades Rd., Suite 100
Boca Raton, FL 33434